**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VICTOR CANTU AND JAYME CANTU | § § § | |
| V. | § § | No. 4:15CV356-RC-CMC |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | § § § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 30, 2016, the report of the Magistrate Judge was entered, containing proposed findings of fact and recommendations that Plaintiffs' Motion for Temporary Restraining Order [Doc. # 28] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore

**ORDERED** Plaintiffs' Motion for Temporary Restraining Order [Doc. # 28] is **DENIED.**

So **ORDERED** and **SIGNED** this **28** day of **April, 2016.**

_____
Ron Clark, United States District Judge